LIGHT, Respondent v. LIGHT, Appellant

(93 N.W.2d 570)

(File No. 9743. Opinion filed December 16, 1958)

**Christopherson & Bailin**, Sioux Falls, for Defendant-Appellant.

**Stordahl, May & Boe,** Sioux Falls, for Plaintiff-Respondent.

PER CURIAM. Time for settlement of the record in the above matter was extended to October 25, 1958. However, the record is still not settled. By virtue of SDC 33. 0741 as amended by our order of October 1, 1953, said appeal is deemed abandoned.

Our order will be that the appeal be dismissed and the judgment of the trial court affirmed.